AMERICAN SURETY COMPANY OF NEW YORK, Appellant,
*v.* EMPIRE TRUST COMPANY, Respondent.

(Argued June 8, 1934; decided July 3, 1934.)

*David S. Konheim* and *William Lurie* for appellant.
*William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.